1 | BARRY J. PORTMAN
Federal Public Defender
2 | COLLEEN MARTIN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone:  (510) 637-3500

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

OAKLAND DIVISION

10 | UNITED STATES OF AMERICA,                )        No. CR 08-914 CW
                                          )
11 |             Plaintiff,                 )        ORDER APPOINTING COUNSEL
                                          )
12 |      v.                                )
                                          )
13 |                                        )
                                          )
    SONIA ALBUREZ,                         )
14 |                                        )
             Defendant.                    )
15 |                                        )
    _____)

16

17 | **ORDER**

18 |      Upon the request of the defendant, and upon review of the defendant's financial affidavit,

19 | the Court finds that Sonia Alburez qualifies for appointment of counsel, and hereby APPOINTS

20 | the Federal Public Defender's Office and Colleen Martin, Assistant Federal Public Defender, to

21 | represent Sonia Alburez in the above-captioned matter.

22 |      IT IS SO ORDERED.

23 | DATED:_____

24 |                                                HONORABLE LAUREL BEELER
                                                United States Magistrate Judge
25

26

ORDER APPOINTING COUNSEL